**FILED**

**Jan 22, 2025**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

*GARCIA, ARNIE JR., BF2255, A-*
<small>Name and Prisoner/Booking Number</small>

*5-229 KERN VALLEY STATE PRISON,*
<small>Place of Confinement</small>

*P.O. BOX 5101, DELANO, CALIFORN-*
<small>Mailing Address</small>

*IA, 93216*
<small>City, State, Zip Code</small>

(Failure to notify the Court of your change of address may result in dismissal of this action.)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

*GARCIA, ARNIE JR.,*                              )
<small>Full Name of Plaintiff</small>                          )
                               Plaintiff,        )
                                                 )
        v.                                       )   CASE NO. 1:25-cv-00094-HBK (PC)
                                                 )           (To be supplied by the Clerk)
(1) *O. HERRERA, (OFFICER)*                       )
                                                 )
(2) *I. GALLARDO, I (OFFICER)*                    )
                                                 )   CIVIL RIGHTS COMPLAINT
(3) *A. GARCIA, (OFFICER)*                        )        BY A PRISONER
                                                 )
    *VALENCIA (OFFICER)*                          )   ☒ Original Complaint
                               Defendant(s).     )   ☐ First Amended Complaint
                                                 )   ☐ Second Amended Complaint
☒ Check if there are additional Defendants and attach page 1-A listing them.

## A. JURISDICTION

1.   This Court has jurisdiction over this action pursuant to:
        ☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
        ☐ 28 U.S.C. § 1331; <u>Bivens v. Six Unknown Federal Narcotics Agents</u>, 403 U.S. 388 (1971).
        ☐ Other: _____.

2.   Institution/city where violation occurred: *(KVSP) KERN VALLEY STATE PRISON*.

<small>Rev. 3/5/2013</small>                          1

## B. DEFENDANTS

Name of first Defendant: *O. HERRERA*. The first Defendant is employed as:
*OFFICER* at *KERN VALLEY STATE PRISON*
(Position and Title) (Institution)

2. Name of second Defendant: *I. GALLARDO*. The second Defendant is employed as:
*OFFICER* at *KERN VALLEY STATE PRISON*
(Position and Title) (Institution)

3. Name of third Defendant: *A. GARCIA*. The third Defendant is employed as:
*OFFICER* at *KERN VALLEY STATE PRISON*
(Position and Title) (Institution)

4. Name of fourth Defendant: *VALENCIA*. The fourth Defendant is employed as:
*OFFICER* at *KERN VALLEY STATE PRISON*
(Position and Title) (Institution)

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner? ☐ Yes ☒ No

2. If yes, how many lawsuits have you filed? *N/A*. Describe the previous lawsuits:

a. First prior lawsuit:
 1. Parties: *N/A* v. *N/A*
 2. Court and case number: *N/A*
 3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) *N/A*

b. Second prior lawsuit:
 1. Parties: *N/A* v. *N/A*
 2. Court and case number: *N/A*
 3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) *N/A*

c. Third prior lawsuit:
 1. Parties: *N/A* v. *N/A*
 2. Court and case number: *N/A*
 3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) *N/A*

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

<u>DEFENDANTS — CONT-</u>

5. OLIVAS N.: THE 5TH DEFENDANT IS EMPLOYED AS: RN NURSE, AT KERN VALLEY STATE PRISON.

6. T. GARCIA: 6TH DEFENDANT IS EMPLOYED AS: LVN NURSE, AT KERN VALLEY STATE PRISON.

7. C. CHAVEZ: THE 7TH DEFENDANT IS EMPLOYED AS: SGT, OFFICER, AT KERN VALLEY STATE PRISON.

8. A. FLORES: THE 8TH DEFENDANT IS EMPLOYED AS: LT, OFFICER AT KERN VALLEY STATE PRISON.

9. K. SANTOS: THE 9TH DEFENDANT IS EMPLOYED AS: WARDEN, AT KERN VALLEY STATE PRISON.

10. O. MAGALLANES: THE 11TH DEFENDANT IS EMPLOYED AS: (CC11), CORRECTIONAL COUNSELOR 11, AT KERN VALLEY STATE PRISON.

11. ALL THE ABOVE DEFENDANTS ARE BEING SUED IN THEIR "INDIVIDUAL CAPACITY".

"PLEADING REQUIREMENTS"

TO STATE A CLAIM UNDER 42 U.S.C 3/983 A PLAINTIFF MUST ALLEGE TWO ESSENTIAL ELEMENTS, (1). THAT A RIGHT SECURED BY THE CONSTITUTION OR LAWS OF THE U.S WAS VIOLATED, AND (2). THAT THE ALLEGED VIOLATION WAS COMMITTED BY A PERSON ACTING UNDER THE COLOR OF STATE LAW.

THIS PLAINTIFF ALLEGES THAT ALL NAMED DEFENDANTS MENTIONED HEREIN THIS COMPLAINT, "CONSPIRED TO DEPRIVE PLAINTIFF OF HIS CONSTITUTIONAL RIGHTS TO BE SAFE, AND FREE FROM INTENTIONAL HARM, IN VIOLATION OF THE U.S. CONST. 8TH & 14TH AMENDMENTS. PLAINTIFF ALLEGES THAT ALL NAMED DEFENDANTS WERE / IS OR ARE CALIFORNIA CORRECTIONAL OFFICERS ACTING UNDER THE COLOR OF STATE LAW, WHEN THE CONSTITUTIONAL DEPRIVATIONS OCCURRED.

"FEDERAL STANDARDS"

A COMPLAINT MUST CONTAIN A "SHORT & PLAIN STATEMENT" OF THE CLAIM SHOWING THAT THE PLEADER IS ENTITLED TO RELIEF FED. R CIV.P. 8(a). "DETAILED FACTUAL ALLEGATIONS ARE NOT REQUIRED, BUT THREADBARE RECITALS OF THE ELEMENTS OF A CAUSE OF ACTION, SUPPORTED BY MERE CONCLUSORY STATEMENTS DO NOT SUFFICE.

ON 3/14/20 AFTER DINNER, DEFENDANTS CAME TO PLAINTIFFS CELL. CUFFED HIM UP ESCORTED ME TO RETUNDA AREA TOLD ME TO SHUT THE FUCK UP, SMASHED MY HEAD AGAINST THE WALL 4 TO 5 TIMES ESCORTED ME TO THE GYM, I ASKED WHY TO THE GYM, I WAS SLAMMED ON THE GROUND AND TOLD TO SHUT THE FUCK UP, KICKED 5 TIMES IN MY UPPER BODY, AND KICKED IN MY FACE WHILE HANDCUFFED, KNEE IN MY BACK WITH FULL WEIGHT OF C/O's BODY, PINKY FINGER TWISTED AND BROKEN, PLACED IN HOLDING CELL FOR 3 HOURS IN EXCESSIVELY TIGHT HANDCUFFS WITH CELLMATE AS WITNESS IN GYM. NO IMMEDIATE MEDICAL, NO C/O INTERVENTION TO STOP THE INCIDENT, LYING MEDICAL NURSES IN COLLUSION WITH REPORTING C/O's FORCED TO TAKE MORE PRISON TIME AS A RESULT OF CDCR EMPLOYEES COLLUSION.

## D. CAUSE OF ACTION

### CLAIM I

1. State the constitutional or other federal civil right that was violated: *EXCESSIVE FORCE BY OFFICER(S)*

2. Claim I. Identify the issue involved. Check only one. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☒ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. Supporting Facts. State as briefly as possible the FACTS supporting Claim I. Describe exactly what each Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments. *ON THE EVENING OF 3/14/20, AFTER DINNER, OFFICER HERRERA [2] CAME TO MY CELL AND ASKED ME TO CUFF UP. I COMPLIED WITH HIS ORDER. C/O HERRERA ESCORTED ME TO THE DOOR LEADING OUT OF THE BUILDING. AS WE WAITED IN THE ROTUNDA FOR THE DOOR TO OPEN, I ASKED C/O HERRERA WHY I WAS BEING ESCORTED OUT OF THE BUILDING. HERRERA RESPONDED BY SAYING, "SHUT THE FUCK UP" AND USED HIS HAND TO VIOLENTLY SMASH MY HEAD AGAINST THE CEMENT WALL 4 TO 5 TIMES, THEN ESCORTED ME TO THE GYM. AS WE ENTERED THE GYM I FEARFULLY ASKED C/O HERRERA, "WHY I'M BEING BROUGHT TO THE GYM AND C/O HERRERA SLAMMED DOWN ON THE CEMENT FLOOR AND SHOUTED "SHUT THE FUCK UP". I FEARFULLY COMPLAINED TO HERRERA ABOUT THE ABUSE I WAS RECEIVING, AND HERRERA KICKED ME 5 TIMES IN MY UPPER BODY. AS I LAID ON THE CEMENT FLOOR, C/O GALLARDO [3] KICKED MY FACE, AND I WAS HANDCUFFED, ON THE FLOOR. I SPAT TO GET THE DIRT FROM GALLARDO BOOTS OUT MY MOUTH AND MY OWN BLOOD FROM THE KICK. GALLARDO PUT HIS FULL WEIGHT ON MY BACK WITH HIS KNEE. IN EXCRUCIATING PAIN I YELLED FOR GALLARDO TO PLEASE STOP, HE DID NOT AND GRABBED MY PINKY FINGER, TWISTING IT UNTIL - - SEE PAGE "3A" NEXT*

4. Injury. State how you were injured by the actions or inactions of the Defendant(s). *BROKEN PINKY, HEAD TRAUMA, KICKED IN FACE, MOUTH BLEEDING, EMOTIONAL DISTRESS, PAIN & SUFFERING, DELAYED MEDICAL ATTENTION, BACK PAIN, WEIGHT LOSS, ILLEGAL CONVICTION DUE TO DEFENDANTS AND EMPLOYEE'S IN COLLUSION, LOSS OF PRIVILEGES,*

5. Administrative Remedies:
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?   ☒ Yes   ☐ No
   b. Did you submit a request for administrative relief on Claim I?   ☒ Yes   ☐ No
   c. Did you appeal your request for relief on Claim I to the highest level?   ☒ Yes   ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. *N/A*

5

2. DEFENDANT    3. DEFENDANT

MY PINKY FINGER BROKE. WHILE IN TERRIBLE PAIN I BEGGED TO SEE THE NURSE AND DOCTOR, INSTEAD, I WAS PLACED IN THE A HOLDING CELL INSIDE THE GYM FOR 3 OR MORE HOURS AND WITH THE HANDCUFFS EXCESSIVELY TIGHT WITH GROVES IN MY WRIST. C/O VALENCIA WAS PRESENT IN THE GYM AND WITNESSED THE BRUTALITY OF C/O GALLARDO UPON ME, YET INTENTIONALLY FAILED TO INTERVENE TO DISALLOW THE BRUTALITY AND EXCESSIVE FORCE UPON ME. I WAS INTERVIEWED BY C/O MAGALLANES WHO FAILED TO INTERVIEW C/O VALENCIA. I MADE THE INTERVIEWER AWARE THAT THE NURSE ON THE 72-19 FORM WAS NOT THE ORIGINAL NURSE ON THE DAY OF THE INCIDENT. I ALSO SUFFERED RIGHT KNEE BRUISES, SWELLING, PAIN, SUFFERING AND ACUTE TRAMA AS A RESULT OF DEFENDANTS C/O HERRERA AND C/O GALLARDO'S EXCESSIVE FORCE. AT NO TIME DID DEFENDANT'S HERRERA, NOR GALLARDO EXERCISE THEIR DUTIES AND RESPONSIBILITIES TO PREVENT THE ABOVE DESCRIBED INCIDENT. PLAINTIFF INFORMED MEDICAL STAFF OF THE INCIDENT & INJURIES DESCRIBED ABOVE, YET, ALL THE NURSES (DEFENDANT'S) WERE IN COLLUSION WITH COVERING UP FOR DEFENDANT'S C/O HERRERA, GALLARDO, VALENCIA AND OFFICIALS CONDUCTING THE 602 PROCESS (DEFENDANT'S) WHO WERE IN COLLUSION WITH ALL DEFENDANTS TO COVER FOR EACH AGAINST LIABILITY. PLAINTIFF FILED A 602 COMPLAINING OF THE EXCESSIVE FORCE AND ASSAULT AS STATED ABOVE. THE APPEAL WAS ANSWERED AT THE DIRECTOR'S LEVEL ON OCT. 18, 2021, LOG NUMBER # NKSP-D-20-01657. THE CONCLUSION AND ORDER WAS DENIED. ALTHOUGH PLAINTIFF REPEATEDLY INFORMED PRISON STAFF OF THE EXCESSIVE FORCE AND ILL TREATMENT HE SUFFERED AT THE HANDS OF DEFENDANT CORRECTIONAL OFFICERS AND DEFENDANT'S HERRERA, GALLARDO AND VALENCIA, INCLUDING THE 602 AND STATEMENTS TO DEFENDANT, STATED AND OTHER PRISON OFFICIALS, ON INFORMATION AND BELIEF DEFENDANT'S² FAILED TO PROPERLY INVESTIGATE AND TAKE PROPER ACTIONS TO DISCIPLINE THOSE INVOLVED. DEFENDANTS, C/O HERRERA, GALLARDO AND VALENCIA ALL KNEW OR SHOULD HAVE KNOWN THAT THEY COMMITTED EXCESSIVE FORCE AND ASSAULT AGAINST PLAINTIFF, AND THE INTENTIONAL COVER UP, DECEPTIONS, FALSE CRIMINAL CHARGES AND CONVICTION BROUGHT AGAINST PLAINTIFF ARE TO THE DEFENDANTS COLLUSION. ON INFORMATION AND BELIEF, DEFENDANTS FAILED TO PROPERLY TRAIN DEFENDANTS, C/O HERRERA, GALLARDO, AND VALENCIA TO ENSURE THAT THEY DO NOT USE EXCESSIVE FORCE AGAINST PRISONERS WHO HAVE NOT DONE ANYTHING TO PROVOKE THE USE OF FORCE. THE STATED DEFENDANTS ACTED UNDER COLOR OF STATE LAW. THE STATED DEFENDANTS C/O HERRERA, GALLARDO AND VALENCIA ALL KNEW OR SHOULD HAVE KNOWN THAT THEIR CONDUCT ATTITUDES AND ACTIONS CREATED AN UNREASONABLE RISK OF SERIOUS HARM TO PLAINTIFF.

## CLAIM II

State the constitutional or other federal civil right that was violated: _CRUEL OR UNUSUAL PUNISH-MENT AS TO DELIBERATE INDIFFERENCE TO MEDICAL NEEDS_.

2. Claim II. Identify the issue involved. Check only one. State additional issues in separate claims.

☐ Basic necessities      ☐ Mail         ☐ Access to the court     ☒ Medical care
☐ Disciplinary proceedings   ☐ Property      ☐ Exercise of religion    ☐ Retaliation
☐ Excessive force by an officer   ☐ Threat to safety ☐ Other: _____.

3. Supporting Facts. State as briefly as possible the FACTS supporting Claim II. Describe exactly what each Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

_PLAINTIFF WAS SEEN BY RN N. OLIVAS AND T. GARCIA LVN ON 3/14/20. BOTH THESE NURSES WROTE FALSE REPORTS AB-OUT PLAINTIFFS CONDITION AND WERE IN COLLUSION WITH THE REPORTING OFFICERS OF THE INCIDENT ON 3/14/20. THE NUR-SES CIRCLED "NO" AS TO PLAINTIFFS INJURIES COMMITTED BY OFFICERS STATED IN CLAIM I, IN WHICH C/O GALLARDO KICKED PL-AINTIFF IN THE FACE CAUSING PLAINTIFF TO BLEED FROM THE MOUTH, AND BROKE MY PINKY FINGER AND C/O HERRERA SMASHED MY HEAD AGAINST THE WALL 4 TO 5 TIMES, THEN SLAMMED MY HEAD DOWN OF AND BODY DOWN ONTO THE CEMENT FLOOR IN THE GYM. I SUFFERED THE FULL WEIGHT OF C/O GALLARDO'S KNEE IN PLAINTIFFS BACK, CAU-SING SERIOUS WANTON PAIN, AND SUFFERING AS I YELLED FOR THE C/O'S TO STOP, AS I LAID ON THE FLOOR HANDCUFFED, HUMILIATED, $ TRAUMATIZED. ON 4/9/2021 PLAINTIFF WAS SEEN FOR THE INJURIES HE SUFFERED. THIS TIME, ACCORDING TO 2 "ASSESSMENT FORMS" IT'S NOTED, THAT PLAINTIFF DID IN FACT SUFFERED EXCESSIVE FORCE INJURIES OF A BROKEN PINKY, HEAD INJURIES, BRUISES AND BACK INJURY AND OR "TRAUMA." (ATTACHMENT pp. 18, 1-19) DEFENDANTS OLIVAS AND GARCIA'S REPORTS ARE STARK CONTRAST TO THE ___

4. Injury. State how you were injured by the actions or inactions of the Defendant(s).
_DELIBERATE INDIFFERENCE TO PLAINTIFF MEDICAL NEEDS: BROKEN PI-NKY, BACK, HEAD INJURIES, TRAUMA $ EMOTIONAL DISTRESS, SWE-LLING, THROBBING, PAIN, BLOOD FROM MOUTH, KNEE (RT) BRUISING, $ DELAY OF MEDICAL TREATMENT FOR FINGER OF 10 DAYS $ MORE_

5. Administrative Remedies.
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?          ☒ Yes  ☐ No
   b. Did you submit a request for administrative relief on Claim II?          ☒ Yes  ☐ No
   c. Did you appeal your request for relief on Claim II to the highest level?          ☒ Yes  ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not.  _N/A_

___

2/ _MEDICAL REPORTS ON THE MEDICAL ASSESSMENT FORMS, AS ST-ATED._

## CLAIM III

1. State the constitutional or other federal civil right that was violated: _DEFENDANTS K. SANTOS AND O. MAGALLANES ARE LIABLE FOR THE DUE PROCESS VIOLATIONS BY REASON OF THEIR FAILURE TO CORRECT THEM ON APPEAL_

2. Claim III. Identify the issue involved. Check only one. State additional issues in separate claims.

   [ ] Basic necessities       [ ] Mail          [ ] Access to the court      [ ] Medical care
   [ ] Disciplinary proceedings [ ] Property      [ ] Exercise of religion     [ ] Retaliation
   [ ] Excessive force by an officer [ ] Threat to safety  [X] Other: _DUE PROCESS VIOLATIONS_

3. Supporting Facts. State as briefly as possible the FACTS supporting Claim III. Describe exactly what each Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

_ALTHOUGH WARDEN K. SANTOS AND O. MAGALLANES-SCOTT DID NOT COMMIT THE EXCESSIVE FORCE VIOLATIONS THEY BECAME LIABLE AND FOR THE NURSES FAILURE TO RESPONSIBLY REPORT THE HARM AND INJURIES OF PLAINTIFF DURING THEIR FILING OUT THE MEDICAL REPORT OF INJURY OR UNUSUAL OCCURRENCE CDCR FORM 7219 AND DEFENDANTS INVESTIGATION OF THE EXCESSIVE FORCE INCIDENT WITH THE LIABLE DEFENDANTS INCIDENT REPORTS WHICH WERE FALSE AND IN COLLUSION WITH PARTICIPATING OFFICERS. THE STATED DEFENDANTS BOTH BECAME RESPONSIBLE WHEN THEY FAILED TO CORRECT THE STATED VIOLATIONS DURING THE COURSE OF THEIR SUPERVISORY RESPONSIBILITIES AS STATED IN PLAINTIFFS 602 GRIEVANCE AND OTHER INCLUDED SUPPORTING DOCUMENTS FILED BY PLAINTIFF GARCIA, (ATTACHMENT pp. 20-28), A SUPERVISOR WHO LEARNS OF A CONSTITUTIONAL VIOLATION THROUGH A REPORT OR APPEAL MAY BE HELD LIABLE FOR FAILING TO CORRECT IT. IN PARTICULAR, WARDENS AND OTHER HIGH LEVEL PRISON OFFICIALS WHO_

4. Injury. State how you were injured by the actions or inactions of the Defendant(s). _SEE PAGE 8_

   _____
   _____
   _____

5. Administrative Remedies.

   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?       [X] Yes   [ ] No

   b. Did you submit a request for administrative relief on Claim III?       [X] Yes   [ ] No

   c. Did you appeal your request for relief on Claim III to the highest level?       [X] Yes   [ ] No

   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

If you have more than three Claims, answer the questions listed above for each additional Claim on a separate page.

8

Were designated to decide 602 appeals have the duty to conduct at least a "minimal investigation" when confronted with evidence of due process for excessive force violations and the defendant may be held liable for failing to correct them. It cannot be argued that the warden and CCII did not learn of the 602's excessive force due process violations in this case. The inadequate statement of reasons, the failure to call any of plaintiff's witnesses, and the lack of evidence in the reports for the charge of battery on a peace officer, all apparent from the documents created in the course of the disciplinary proceeding. Moreover, the plaintiff identified the due process violations in his appeal letter so the warden knew just what to look for. This is a case where the defendants personally had a job to do, and they did not do it and their failure to do their job was "so likely to result in the violation of the inmates' constitutional rights as to establish deliberate indifference on their part. Plaintiff has a witness statement, "Wingfield Robert, # BF3785 who seen the incident in part, yet was not called by the senior hearing officer nor warden, or the CCII. (Attachment p. 29). This witness was relevant to the incident and saw defendant Herrera slamming plaintiff's head against the wall while in handcuffs. Plaintiff was found guilty of battery upon a peace officer. The SHO simply adopted the reports of staff members with a false explanation and denies due process. Also, O. Magallanes was both the person who interviewed plaintiff of the excessive force and 602 and failed to be fair and honest, as did the warden, during the 602 due process. Both were in collusion with all the C/O's involved in the excessive force and failure to intervene by other officers involved in the case. Warden K Santos and CCII Magallanes willfully, intentionally and knowingly were culpable for allowing the officers involved in the excessive force to not be held liable for any area of liability.

## "CONCLUSION"

CAUSATION: AS A DIRECT, PROXIMATE AND LEGAL RESULT OF THE AFOREMENTIONED ACTS AND COMMISSIONS COMMITTED IN BAD FAITH BY DEFENDANTS, EACH ONE OF THEM, THIS PLAINTIFF HAS SUFFERED CONSTITUTIONAL DEPRIVATIONS, RESULTING IN ACTUAL INJURY PSYSICALLY AND MENTALLY. THESE INJURY'S HAS NO RATIONAL BASIS OTHER THAN INTENT BY DEFENDANTS TO CAUSE BODILY, AND METAL TROUMATIZING HARM, IN DIRECT VIOLATION OF THE U.S. CONST. 8TH AND 14TH AMENDMENT.

THE PLAINTIFF HAS NO PLAIN, ADEQUATE OR COMPLETE REMEDY AT LAW, TO REDRESS THE WRONGS STATED ON THE COMPLAINT. PLAINTIFF HAS BEEN AND STILL CONTINUES TO BE IRREPARABLY INJURED BY THE CONDUCT OF DEFENDANTS, UNLESS THE COURT GRANTS THE RELIEF WHICH PLAINTIFF SEEKS.

## "REQUEST FOR RELIEF"

WHEREFORE, PLAINTIFF RESPECTFULLY REQUEST FOR THE COURT TO GRANT THE FOLLOWING RELIEF:

(A). APPOINT COUNSEL TO REPRESENT THIS PLAINTIFF, IN ORDER TO PROTECT THIS PLAINTIFFS INTEREST IN THIS LITIGATION.

(B). PLAINTIFF SEEKS COMPENSATORY DAMAGES FROM EACH INDIVIDUAL DEFENDANT. IN THE AMOUNT OF $250,000

(C). PLAINTIFF SEEKS PUNITIVE DAMAGES FROM EACH INDIVIDUAL DEFENDANT IN THE AMOUNT OF $250,000

(D). PLAINTIFF SEEKS PREVAILING PARTY FEES, IN THE
AMOUNT RECOMMENDED BY THE DECIDING JUDGE, IF ATT-
TORNEY REPRESENTATION IS GRANTED. 42 U.S.C. § 1988.

6.

(E). PLAINTIFF SEEKS REDRESS FOR INJURIES, RESULTING
FROM DELIBERATE INDIFFERENCE TOWARDS PLAINTIFF'S
CONSTITUTIONAL RIGHTS, THAT WAS VIOLATED IN BAD FA-
ITH, WITH RECKLESS DISREGARD, RACIAL MALICE, FAILU-
RE TO ENFORCE ESTABLISHED CDCR POLICY, AND THE U.S.
CONST. 8TH AND 14TH AMENDMENTS.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___7/___/24____
                  DATE

_____
SIGNATURE OF PLAINTIFF


_____
(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)


_____
(Signature of attorney, if any)

_____
_____
_____
(Attorney's address & telephone number)


## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space you may attach
more pages, but you are strongly encouraged to limit your complaint to twenty-five pages. If you attach
additional pages, be sure to identify which section of the complaint is being continued and number all pages.
Remember, there is no need to attach exhibits to your complaint.

## PROOF OF SERVICE BY MAIL

### BY PERSON IN STATE CUSTODY

(Fed. R. Civ. P. 5; 28 U.S.C. § 1746)

I, ___ARNIE GARCIA___, declare:

I am over 18 years of age and a party to this action. I am a resident of ___KERN Valley___

___STATE PRISON___ Prison,

in the county of ___KERN VALLEY___,

State of California. My prison address is: ___PO BOX 5101___,

_____.

On _____,
                     (DATE)

I served the attached: _____

_____
                     (DESCRIBE DOCUMENT)

on the parties herein by placing true and correct copies thereof, enclosed in a sealed envelope, with postage thereon fully paid, in the United States Mail in a deposit box so provided at the above-named correctional institution in which I am presently confined. The envelope was addressed as follows:

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on _____    _____
                     (DATE)                          (DECLARANT'S SIGNATURE)

Civ-69 (Rev. 9/97)                                              ::ODMA\PCDOCS\WORDPERFECT\22832\1

-9-