UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARNIE GARCIA, JR., <br><br> Plaintiff, <br><br> v. <br><br> O. HERRERA, Officer, et. al., <br><br> Defendants. | Case No.  1: 25-cv-00094-HBK (PC) <br><br> ORDER RECALLING FINDINGS AND RECOMMENDATIONS <br><br> (Doc. No. 13) |

On May 6, 2025, the Court submitted Findings and Recommendations to the district court recommending that this matter be dismissed for Plaintiff's failure to prosecute and/or as time-barred after Plaintiff failed to timely respond to the Court's March 20, 2025 Order to Show Cause. (Doc. No. 13). On May 6, 2025, the Clerk docketed Plaintiff's Response to Order to Show Cause that apparently was received by the Clerk on May 5, 2025. (Doc. No. 14).

Accordingly, it is hereby ORDERED:

The Court recalls the Findings and Recommendations (Doc. No. 13).

Dated:  May 7, 2025

*/s/ Helena M. Barch-Kuchta*
HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE