UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARNIE GARCIA, JR.,<br><br>    Plaintiff,<br><br>    v.<br><br>O. HERRERA, Officer, et al.,<br><br>    Defendants. | Case No. 1:25-cv-00094-JLT-HBK (PC)<br><br>NOTICE TO PARTIES REGARDING FINDINGS AND RECOMMENDATIONS TO DISMISS ACTION<br><br>(Doc. No. 18) |

On September 24, 2025, the undersigned issued Findings and Recommendations ("F&R") to dismiss this action without prejudice for failure to comply with court orders and prosecute this action. (Doc. No. 18). The F&R mistakenly omitted the following Notice to the parties regarding the District Court's review of the F&R and the process for filing objections. The Parties are hereby advised as follows.

**NOTICE TO PARTIES**

These Findings and Recommendations will be submitted to the United States District Judge assigned to this case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within 14 days after being served with a copy of these Findings and Recommendations, a party may file written objections with the Court. *Id*.; Local Rule 304(b). The document should be captioned, "Objections to Magistrate Judge's Findings and Recommendations" and shall not exceed **fifteen**

**(15) pages**. The Court will not consider exhibits attached to the Objections. To the extent a party wishes to refer to any exhibit(s), the party should reference the exhibit in the record by its CM/ECF document and page number, when possible, or otherwise reference the exhibit with specificity. Any pages filed in excess of the fifteen (15) page limitation may be disregarded by the District Judge when reviewing these Findings and Recommendations under 28 U.S.C. § 636(b)(l)(C). A party's failure to file any objections within the specified time may result in the waiver of certain rights on appeal. *Wilkerson v. Wheeler*, 772 F.3d 834, 839 (9th Cir. 2014).

Dated:     September 30, 2025

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE